| |
|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| **LAW OFFICES OF SCOTT H. BERNSTEIN LLC** <br> Scott H. Bernstein (N.J. Attorney Id. No. 024822002) <br> 101 Eisenhower Parkway, Suite #300 <br> Roseland, New Jersey 07068-1054 <br> Telephone:  (973) 891-9690 <br> Email:  scott@scottbernsteinlaw.com <br><br> *Attorneys for American Builders & Contractors Supply Co., Inc. d/b/a ABC Supply Co., Inc.* |

| | |
|---|---|
| In re: <br><br> CHRISTOPHER H. RUGGLES and MELANIE M. RUGGLES, <br><br>                              Debtors. | Chapter 13 <br><br> Case No.  23-15741-JNP <br><br> Honorable Jerrold N. Poslusny Jr. |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that the attorney listed below hereby appears as counsel to American Builders & Contractors Supply Company, Inc. d/b/a ABC Supply Co., Inc. ("ABC") in the chapter 13 case of the above-captioned debtor (the "Debtor").  Under title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code") and pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Bankruptcy Code sections 342 and 1109(b), ABC hereby requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, or other documents, filed or entered in this case, be transmitted to:

Scott H. Bernstein, Esq.
Law Offices of Scott H. Bernstein LLC
101 Eisenhower Parkway, Suite #300
Roseland, New Jersey 07068
Telephone: (862) 245-2667
Email: scott@scottbernsteinlaw.com

**PLEASE TAKE FURTHER NOTICE** that this request includes, without limitation, not only the notices and papers referred to in the provisions specified above, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that affects or seeks to affect in any way the rights or interests of ABC or any other party in interest in this case, including (a) the Debtor, (b) property of the Debtor or the Debtor's estate, or proceeds thereof, (c) claims against or interests in the Debtor, or (d) other rights or interests of creditors of the Debtor or other parties in interest in this case.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of ABC (1) to have final orders in non-core matters entered only after *de novo* review by a higher court, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, defenses, setoffs or recoupments that ABC is or may be entitled to under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  Roseland, New Jersey
        July 12, 2023

                                        LAW OFFICES OF SCOTT H. BERNSTEIN LLC
*Attorney for American Builders & Contractors Supply Co., Inc. d/b/a ABC Supply Co., Inc.*

 By:*/s/ Scott H. Bernstein*
Scott H. Bernstein
101 Eisenhower Parkway, Suite #300
Roseland, New Jersey 07068
Telephone: (862) 245-2667
scott@scottbernsteinlaw.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on July 12, 2023 with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                */s/ Scott H. Bernstein*
                                                Scott H. Bernstein