Certificate Number: 17572-NJ-DE-037606567

Bankruptcy Case Number: 23-15741



17572-NJ-DE-037606567

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 19, 2023, at 7:24 o'clock PM PDT, Melanie M Ruggles completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  July 19, 2023               By:   /s/Leigh-Anna M Thompson

                                   Name: Leigh-Anna M Thompson

                                   Title: Counselor