UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Robert A. Loefflad, Esquire
NJ Bar ID# 024791996
King-Barnes, LLC
2600 New Road, Suite A
Northfield, New Jersey 08225
Tel (609) 522-7530
Fax (609) 522-7532
Email: rloefflad@king-barnes.com

In Re:
Christopher H. Ruggles and Melanie M. Ruggles

Case No.: 23-15741
Chapter: 13
Judge: JNP

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of __Robert Z.R. Luurtsema*__. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: Robert A. Loefflad, Esquire
King-Barnes, LLC
2600 New Road, Suite A
Northfield, New Jersey 08225

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

* a/k/a Ryan Luurtsema and Erin C. Luurtsema.

Date: 8/11/2023

/s/ Robert A. Loefflad
Signature

*new.8/1/15*