UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

James A. Kozachek, Esquire (JAK-5657)
Cartusciello & Kozachek
101 Farnsworth Avenue
Bordentown NJ 08505
JKozachek@cklawllc.com

In Re:
Christopher H Ruggles Melanie M Ruggles

Case No.: 23-15741-JNP

Chapter: 13

Judge: Honorable Jerrold N. Poslusny, Jr.

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of _____Fabio Barbieri_____. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: James A. Kozachek, Esquire
Cartusciello & Kozachek
101 Farnsworth Avenue
Bordentown NJ 08505
JKozachek@cklawllc.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: August 17, 2023

James A. Kozachek
Signature

*new.8/1/15*