UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR 9004-1(b)
James A. Kozachek, Esquire (JAK-5657)
Cartusciello & Kozachek
101 Farnsworth Avenue
Bordentown NJ 08505
JKozachek@cklawllc.com

| | |
|---|---|
| In Re:<br>Christopher H Ruggles and Melanie M Ruggles | Case No.: 23-15741-JNP<br>Chapter: 13<br>Judge: Honorable Jerrold Postusny Jr |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of __Judgment Creditor Fabio Barbieri__. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: Fabio Barbieri, c/o
James A. Kozachek, Esquire (JAK-5657)
Cartusciello & Kozachek
101 Farnsworth Avenue
Bordentown NJ 08505

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: August 18, 2023

Signature

*new.8/1/15*