| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>(215)627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-3 | Order Filed on September 7, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Christopher H. Ruggles a/k/a Christopher Ruggles, a/k/a Chris Ruggles, f/d/b/a Crestview Custom Builders, a/k/a Christopher Ruggles, Sr.Melanie M. Ruggles a/k/a Melanie Ruggles, d/b/a The Cracked Egg Cafe<br>　　　　　　　Debtor | Case No.: 23-15741 JNP<br><br>Hearing Date: 9/23/2023 @ 9:00 a.m.<br><br>Judge: Jerrold N. Poslusny, Jr. |

# ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: September 7, 2023**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2

| | |
|---|---|
| Debtor: | Christopher H. Ruggles a/k/a Christopher Ruggles, a/k/a Chris Ruggles, f/d/b/a Crestview Custom Builders, a/k/a Christopher Ruggles, Sr.Melanie M. Ruggles a/k/a Melanie Ruggles, d/b/a The Cracked Egg Cafe |
| Case No.: | 23-15741 JNP |
| Caption: | **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN** |

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-3, holder of a mortgage on real property located at 309 Crestview Avenue, Galloway Township, NJ, 08205, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Chad M. Sherwood, Esquire, attorney for Debtor, and for good cause having been shown;

It is **ORDERED, ADJUDGED and DECREED** that Debtor shall obtain a loan modification by December 1, 2023, or as may be extended by modified plan; and

It is **ORDERED, ADJUDGED and DECREED** that Secured Creditor retains its rights to object to any modified plan or extension of time to obtain a modification; and

It is **ORDERED, ADJUDGED and DECREED** that Debtor is to make regular post-petition payments in accordance with the terms of the note and mortgage and applicable payment change notices while the loan modification is pending; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that if loss mitigation is unsuccessful, Debtor shall modify the plan to address Secured Creditor's pre-petition arrears, either by curing the arrears, selling the property, surrendering the subject property, or in a manner otherwise permitted by the code; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Trustee shall not make disbursements on Secured Creditor's claim while the loan modification is pending; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor does not waive its rights to the pre-petition arrears or any post-petition arrears that may accrue; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.