| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **FOR THE DISTRICT OF NEW JERSEY** <br><br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> **NEHMAD DAVIS & GOLDSTEIN, P.C.** <br> BY: **RAYMOND J. WENT, JR., ESQUIRE** <br> Attorney ID: 013762003 <br> 4030 Ocean Heights Avenue <br> Egg Harbor Township, New Jersey 08234 <br> Phone: (609) 927-1177 <br> Fax: (609) 926-9721 <br> E-mail: rwent@ndglegal.com <br><br> *Attorneys for Creditors, Daniel and Katherine Reardon* | |
| In re: <br><br> CHRISTOPHER H. RUGGLES and <br> MELANIE M. RUGGLES, <br><br>                        Debtors. | Chapter 13 <br><br> Case No. 23-15741-JNP <br><br> Honorable Jerrold N. Poslusny, Jr. |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that the attorney listed below hereby appears as counsel to Daniel and Katherine Reardon ("Reardon") in the Chapter 13 case of the above-captioned debtor (the "Debtor"). Under title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code") and pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Bankruptcy Code sections 342 and 1109(b), Reardon hereby requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, or other documents, filed or entered in this case, be transmitted to:

Raymond J. Went, Jr., Esquire
Nehmad Davis & Goldstein, PC
4030 Ocean Heights Avenue
Egg Harbor Township, New Jersey 08234
Telephone: (609) 927-1177
Email: rwent@ndglegal.com

**PLEASE TAKE FURTHER NOTICE** that this request includes, without limitation, not only the notices and papers referred to in the provisions specified above, but also includes orders and notices of any applications, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that affects or seeks to affect in any way the rights or interests of Reardon or any other party in interest in this case, including (a) the Debtor, (b) property of the Debtor or the Debtor's estate, or proceeds thereof, (c) claims against or interests in the Debtor, or (d) other rights or interests of creditor of the Debtor or other parties in interest in this case.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Reardon (1) to have final orders in non-core matters entered only after *de novo* review by a higher court, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, defenses, setoffs or recoupments that Reardon is or may be entitled to under agreements, in law, in equity, or otherwise, all of which rights, claims actions, defenses, setoffs, and recoupments are expressly reserved.

                                                 **NEHMAD DAVIS & GOLDSTEIN, P.C.**
                                                 /s/ *Raymond J. Went, Jr.*
                                                 Raymond Went, Jr., Esquire
                                                 *Attorneys for Creditors Daniel & Katherine Reardon*

DATED: September 26, 2023

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on September 26, 2023 with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Electronic Filing generated by CM/ECF.

/s/ *Raymond J. Went, Jr.*
Raymond Went, Jr., Esquire