

**David M. Bank**
REAL ESTATE

Office Court at Blue Bell / 589 Skippack Pike / Suite 302 / Blue Bell, Pennsylvania 19422
215-572-7702 / www.davidmbankrealestate.com

October 12, 2023

US Bankruptcy Court
401 Market Street
Camden, NJ   08101

**FILED**
JEANNE A. NAUGHTON, CLERK
OCT 16 2023
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

RE: Bankruptcy Case # 23-15741-JNP
    Chris Ruggles/Crestview Builders

Dear US Bankruptcy Court:

It is my understanding that Chris Ruggles has filed Bankruptcy in the Camden County Jurisdiction.

My wife and I, Marc and Stacy Bank, have been classified as a "Creditor" within the case.

Moving forward can you please notify us at the following address:

> 204 Pelham Court
> Flourtown, PA   19031

Should you have any questions, as always, please don't hesitate to contact me at (215) 280 5339.

Thank you very much,

MARC S. BANK

---

Commercial Division / Appraisal Division / Property Management Division / Investment & Counseling Division



David M. Bank
REAL ESTATE
Office Court at Blue Bell
589 Skippack Pike, Suite 302
Blue Bell, Pennsylvania 19422

US Bankruptcy Court
401 Market Street
Camden, NJ  08101

08101-001899



PHILADELPHIA PA 190
12 OCT 2023 PM 8 L