Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−15741−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Christopher H Ruggles<br>aka Christopher Ruggles, aka Chris Ruggles, aka Christopher Ruggles Sr., fdba Crestview Custom Builders<br>309 Crestview Avenue<br>Galloway, NJ 08205 | Melanie M Ruggles<br>aka Melanie Ruggles, dba The Cracked Egg Cafe<br>309 Crestview Avenue<br>Galloway, NJ 08205 |

Social Security No.:
 xxx−xx−5537                                   xxx−xx−7625

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on December 11, 2023.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 12, 2023
JAN: kvr

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-15741-JNP
Christopher H Ruggles  Chapter 13
Melanie M Ruggles
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 5
Date Rcvd: Dec 12, 2023  Form ID: 148  Total Noticed: 94

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher H Ruggles, Melanie M Ruggles, 309 Crestview Avenue, Galloway, NJ 08205-4034 |
| cr | + | American Builders & Contractors Supply Co., Inc. d, Law Offices of Scott H. Bernstein LLC, 101 Eisenhower Parkway, Suite 300, Roseland, NJ 07068-1054 |
| cr | + | Daniel Reardon, 7 Lesley Lane, Northfield, NJ 08225-1515 |
| cr | + | Erin C. Luurtsema, 534 8th Avenue, Galloway, NJ 08205-4026 |
| cr | + | Fabio Barbieri, 101 Farnsworth Avenue, Bordentown, NJ 08505, UNITED STATES 08505-1307 |
| cr | + | Katherine Reardon, 7 Lesley Lane, Northfield, NJ 08225-1515 |
| cr | + | Marc S Bank, 204 Pelham Court, Flourtown, PA 19031-1120 |
| cr | + | Robert Z.R. Luurtsema, 534 8th Avenue, Galloway, NJ 08205-4026 |
| 519963047 | + | ABC Supply Co Inc, Scott H Bernstein, Esquire, 101 Eisnehower Pkwy, Suite 300, Roseland, NJ 07068-1054 |
| 519963048 | + | AmGuard Insurance Company, Lloyd S Markind, Esquire, 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |
| 519975341 | + | American Builders & Contractors Supply Co., Inc., c/o Scott H. Bernstein, Esq., 101 Eisenhower Parkway, Suite #300, Roseland, New Jersey 07068-1054 |
| 519963055 | + | CFS CAP LLC, 136 E South Temple, Suite 1400, Salt Lake City, UT 84111-1143 |
| 519963054 | + | Caprioni Portable Toilets, Inc., 188 Head of the River Road, Woodbine, NJ 08270-3433 |
| 519963056 | + | Christopher J Stanchina, Esq, 222 New Road, Suite 206, Linwood, NJ 08221-1281 |
| 519963057 | + | Comenity Bank/Helzberg Diamonds, 3095 Loyalty Circle, Building A, Columbus, OH 43219-3673 |
| 519963060 | + | Crestview Custom Builders LLC, 309 Crestview Ave, Galloway, NJ 08205-4034 |
| 519963061 | + | Customers Bank, 40 General Waren Blvd, SUite 200, Malvern, PA 19355-1251 |
| 519963064 | + | DASHLAW LLP, 39 East Main Street, Moorestown, NJ 08057-3309 |
| 519963063 | + | Daniel and Katherine Reardon, 7 Lesley Lane, Northfield, NJ 08225-1515 |
| 519963065 | + | David and Staci Labbe, 302 Crimson Court, Warrington, PA 18976-2462 |
| 519963066 | + | DiMeglio Septic, John D Wilson, Esquire, 701 Grant Ave, Suite A, Oaklyn, NJ 08107-2349 |
| 519970295 | + | DiMeglio Septic, Inc., c/o 701 Grant Avenue, Suite A, Collingswood, NJ 08107-2349 |
| 520023514 | + | Erin Luurtsema, 534 8th Avenue, Galloway, New Jersey 08205-4026 |
| 519969848 | + | FOX Capital Group, INC., C/O Zachter PLLC, 2 University Plaza, Suite 205, Hackensack, NJ 07601-6211 |
| 519963067 | | Fabio Barbieri, James A Kozacheck, Esquire, 101 Fransworth Ave, Columbus, NJ 08022 |
| 520059474 | + | Fabio Barbieri, 201 West Baker Avenue, Wildwod, NJ 08260-1809 |
| 520059473 | + | Fabio Barbieri, c/o James A Kozacheck, Esquire, 101 Farnsworth Ave, Bordentown, NJ 08505-1307 |
| 519963068 | | First Ins Fund, Stuart Lippman And Assoc, 5447 E. 5th Street, Suite 110, Tucson, AZ 85711-2345 |
| 519963069 | + | Ford Services/Citi CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 519963070 | + | Fox Capital Grup Inc, 140 Broadway, 14th Floor, New York, NY 10005-1108 |
| 519963073 | + | Kim Mullen, Beverly McCall, Esquire, PO Box 666, Sea Isle City, NJ 08243-0966 |
| 520071857 | + | Leeds Point Property Maintenance, PO Box 537, Oceanville, NJ 08231-0537 |
| 519963074 | + | Legend Advance Funding II LLC, Fleischer Fleischer & Suglia PC, 601 Route 73 North, Suite 305, Marlton, NJ 08053-3475 |
| 519963076 | + | Marc Bank, 15 North 35th Ave, Longport, NJ 08403-1614 |
| 520023515 | + | Mary Rose Mullee, 534 8th Avenue, Galloway, New Jersey 08205-4026 |
| 519963079 | + | Mr Advance LLC, Erica R Gilerman, Esquire, 3140 Emmons Ave, Brooklyn, NY 11235-1723 |
| 519963081 | + | Nehmad Davis & Goldstein, 4030 Ocean Heights Ave, Egg Harbor Township, NJ 08234-7505 |
| 519963082 | + | New Jersey Office of Attorney General, 124 Halsey Street, 7th Floor, Newark, NJ 07102-3017 |
| 519963084 | + | PAC Western Financial LLC, Rotbard Rothbard Kohn & Kellar, 50 Park Place, Suite 1228, Newark, NJ 07102-4307 |
| 519963085 | | Professional Account Management LLC, PO Box 500, Horseheads, NY 14845-0500 |
| 519963087 | #+ | Receivables Performance, 20818 44th Ave W, Suite 140, Lynwood, WA 98036-7709 |

Case 23-15741-JNP    Doc 38    Filed 12/14/23    Entered 12/15/23 00:14:24    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 12, 2023 | Form ID: 148 | Total Noticed: 94 |

| | | |
|---|---|---|
| 519963088 | + | Richard Muller Esquire, 800 Brickell Ave, Suite 1502, Miami, FL 33131-2911 |
| 519963091 | + | Ryan Luurtsema, 534 8th Ave, Galloway, NJ 08205-4026 |
| 520023526 | + | Ryan Luurtsema, a/k/a Robert Luurtsema, 534 8th Avenue, Galloway, New Jersey 08205-4026 |
| 520023530 | + | Ryan Luurtsema, a/k/a Robert Luurtsema, Erin Luurtsema, and Mary Rose Mullee, 534 8th Avenue, Galloway, New Jersey 08205-4026 |
| 520023513 | + | Ryan Luurtsema, a/k/a Ryan Luurtsema, 534 8th Avenue, Galloway, New Jersey 08205-4026 |
| 519963092 | + | Scott Klein and Tina Greco, 2 Queen Street, Philadelphia, PA 19147-4316 |
| 519963095 | + | Stephen B Elggren, Esuire, PO Box 1726, Draper, UT 84020-1726 |
| 520004084 | | U.S. Bank National Association, at. el, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519963097 | + | Universal Supply Co, PO Box 466, Hammonton, NJ 08037-0466 |
| 519984857 | + | Vicki & Wayne Rubenstein, Wayne Rubenstein, 1629 Holly Hill Lane, Maple Glen PA 19002-3173 |
| 519963102 | + | Zachter PLCC, 2 University Plaza, Suite 205, Hackensack, NJ 07601-6211 |

TOTAL: 52

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 12 2023 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 12 2023 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519963049 | ^ | MEBN | Dec 12 2023 20:42:56 | Apex Asset Management, PO Box 5407, Lancaster, PA 17606-5407 |
| 520018949 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2023 20:49:05 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519963050 | ^ | MEBN | Dec 12 2023 20:42:22 | Asset Recovery Solutions, 2200 E Devon Ave, Suite 200, Des Plaines, IL 60018-4501 |
| 519963051 | + | EDI: TSYS2 | Dec 13 2023 01:38:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 519963052 | + | EDI: CAPITALONE.COM | Dec 13 2023 01:38:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519963053 | + | EDI: CAPONEAUTO.COM | Dec 13 2023 01:38:00 | Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407 |
| 519967952 | + | EDI: AISACG.COM | Dec 13 2023 01:38:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519976997 | + | EDI: AISACG.COM | Dec 13 2023 01:38:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519973477 | + | EDI: AIS.COM | Dec 13 2023 01:38:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519963058 | + | EDI: CCS.COM | Dec 13 2023 01:38:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 519963059 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 12 2023 20:49:18 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 519963062 | ^ | MEBN | Dec 12 2023 20:42:18 | D&A Services, 1400 E Touhy Ave, Suite G2, Des Plaines, IL 60018-3338 |
| 519963071 | ^ | MEBN | Dec 12 2023 20:43:02 | Hayt Hayt & Landau, Two INdustrial Way West, Eatontown, NJ 07724-2279 |
| 519963072 | | EDI: IRS.COM | Dec 13 2023 01:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520023266 | | EDI: JEFFERSONCAP.COM | Dec 13 2023 01:38:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud MN 56302-9617 |
| 520008991 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 23-15741-JNP    Doc 38    Filed 12/14/23    Entered 12/15/23 00:14:24    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 12, 2023 | Form ID: 148 | Total Noticed: 94 |

| Recipient ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| | | | Dec 12 2023 20:49:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519963075 | + | EDI: LENDNGCLUB | Dec 13 2023 01:38:00 | Lending Club Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 519994330 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 12 2023 20:49:18 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519963078 | | Email/Text: ml-ebn@missionlane.com | Dec 12 2023 20:42:00 | Mission Lane Tab Bank, PO Box 105286, SW #1340, Atlanta, GA 30348 |
| 519963077 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 12 2023 20:49:17 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520005066 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Dec 12 2023 20:42:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 519963080 | ^ | MEBN | Dec 12 2023 20:42:59 | National Enterprise Systems, 2479 Edison Blvd, Unit A, Twinsburg, OH 44087-2476 |
| 519963083 | ^ | MEBN | Dec 12 2023 20:42:19 | Northstar Location Services LLC, 4285 Genessee Street, Buffalo, NY 14225-1943 |
| 520022566 | | EDI: PRA.COM | Dec 13 2023 01:38:00 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 520023092 | | EDI: PRA.COM | Dec 13 2023 01:38:00 | Portfolio Recovery Associates, LLC, c/o Capital One, N.a., POB 41067, Norfolk VA 23541 |
| 520022401 | | EDI: Q3G.COM | Dec 13 2023 01:38:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520021256 | | EDI: Q3G.COM | Dec 13 2023 01:38:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519963086 | + | Email/Text: ngisupport@radiusgs.com | Dec 12 2023 20:42:00 | Radius Global Solutions LLC, 7831 Glenroy Road, Suite 250A, Minneapolis, MN 55439-3132 |
| 519963089 | + | Email/Text: RASEBN@raslg.com | Dec 12 2023 20:42:00 | Robertson Anschutz et als, 130 Clinton Road, Sute 202, Fairfield, NJ 07004-2926 |
| 519963090 | + | Email/Text: bankruptcy@rubinrothman.com | Dec 12 2023 20:42:00 | Rubin & Rothman, LLC, 1787 Veterans Memorial Highway, Islandia, NY 11749-1500 |
| 520023916 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 12 2023 20:42:00 | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 519963094 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 12 2023 20:42:00 | State of New Jersey, Division of Taxation, 50 Barrack Street, 9th Floor, PO Box 245, Trenton, NJ 08695-0245 |
| 519963096 | | EDI: SYNC | Dec 13 2023 01:38:00 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 519963093 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 12 2023 20:43:00 | Select Porfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519973254 | + | EDI: AIS.COM | Dec 13 2023 01:38:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519963098 | | Email/Text: bknotice@upgrade.com | Dec 12 2023 20:42:00 | Upgrade Inc, 2 North Central Ave, 10th Floor, Phoenix, AZ 85004 |
| 519963100 | | Email/Text: bankruptcynotices@sba.gov | Dec 12 2023 20:42:00 | US Small Business Administration, PO Box 3918, Portland, OR 97208-3918 |
| 519963099 | + | EDI: LCIUPSTART | Dec 13 2023 01:38:00 | Upstart Network Inc, PO Box 61203, Palo Alto, CA 94306-6203 |
| 519974186 | + | EDI: WFFC2 | Dec 13 2023 01:38:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, |

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 12, 2023 | Form ID: 148 | Total Noticed: 94 |

| | | | | |
|---|---|---|---|---|
| 519963101 | + EDI: WFFC2 | Dec 13 2023 01:38:00 | | Wells Fargo Dealer Services, PO Box 71092, Charlotte, NC 28272-1092 |

PO Box 130000, Raleigh, NC 27605-1000

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519970091 | *+ | CFS Cap, LLC, 136 E SOUTH TEMPLE STE 1400, Salt Lake City, UT 84111-1143 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Chad M. Sherwood | on behalf of Debtor Christopher H Ruggles chad@sherwoodlegal.com |
| Chad M. Sherwood | on behalf of Joint Debtor Melanie M Ruggles chad@sherwoodlegal.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| James Alan Kozachek | on behalf of Creditor Fabio Barbieri JKozachek@CKLawllc.com |
| Raymond J. Went, Jr. | on behalf of Creditor Daniel Reardon rwent@ndglegal.com  jhartman@npdlaw.com |
| Raymond J. Went, Jr. | on behalf of Creditor Katherine Reardon rwent@ndglegal.com  jhartman@npdlaw.com |
| Robert A. Loefflad | on behalf of Creditor Erin C. Luurtsema rloefflad@king-barnes.com  ghuie@ffhlaw.com |
| Robert A. Loefflad | on behalf of Creditor Robert Z.R. Luurtsema rloefflad@king-barnes.com  ghuie@ffhlaw.com |
| Scott H. Bernstein | on behalf of Creditor American Builders & Contractors Supply Co. Inc. d/b/a ABC Supply Co., Inc. scott@scottbernsteinlaw.com |

| District/off: 0312-1 | User: admin | Page 5 of 5 |
| Date Rcvd: Dec 12, 2023 | Form ID: 148 | Total Noticed: 94 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12