UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Chad M Sherwood, Esquire (CS2506)
1109 South Main Street
Pleasantville, NJ 08232
chad@sherwoodlegal.com
Ph: 609-241-8918  Fax: 609-241-8920
Attorney for Debtors

**Order Filed on December 11, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

CHRISTOHER H. RUGGLES and MELANIE M.
RUGGLES,

      Debtors

| | |
|---|---|
| Case No.: | 23-15741 |
| Chapter: | 13 |
| Hearing Date: | |
| Judge: | Poslusny |

### ORDER ON MOTION/APPLICATION TO DISMISS/CONVERT CHAPTER 13 CASE

The relief set forth on the following pages, numbered two (2) through three (3), is **ORDERED**.

**DATED: December 11, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page 2**

This matter having come before the Court on Motion/Application of

_____Debtors_____, for an Order Dismissing/Converting Debtor's case, and good

cause having been shown, it is hereby

**ORDERED** as follows:

☒    case is dismissed.

❏    case is converted to a proceeding under Chapter 7.

❏    case is converted to a proceeding under Chapter 11.

❏    case is allowed to continue under Chapter 13 upon the following terms and

conditions:

❏    (a)  payments to the Trustee shall continue in the amount of

_____ dollars/month for an additional _____ months;

❏    (b)  Debtor(s) shall prepare and file with the Court a Wage Order for

continuing Trustee payments;

❏    (c)  If the Debtor(s) fail to make regular plan payments to the Trustee for

a period of more than 30 consecutive days, upon the Certification of the

Trustee of such non-payment, with Notice of the Certification to the

debtor(s) and the debtor(s) attorney, if any, the within case shall be

dismissed;

❏    (d)  Other (ie, Counsel Fee Award or other relief to moving party)

_____

_____

_____

**Page 3**

Upon case dismissal/conversion, any funds held by the Chapter 13 Trustee from payments made on account of debtor(s) Plan, shall be disbursed to the Debtor(s), except as follows:

(a)    $___3,500.00___ shall be disbursed to Debtor(s) Counsel for Counsel Fees and Costs hereby allowed as an Administrative Expense;

(b)    $_____ to _____ (Creditor) for adequate protection payments pursuant to prior Order of the Court.

(c)    Other: _____
       _____
       _____

*rev.1/12/22*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                        Case No. 23-15741-JNP

Christopher H Ruggles                                                         Chapter 13

Melanie M Ruggles

      Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 12, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2023:**

**Recip ID              Recipient Name and Address**
db/jdb                   +  Christopher H Ruggles, Melanie M Ruggles, 309 Crestview Avenue, Galloway, NJ 08205-4034

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2023                              Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2023 at the address(es) listed below:**

**Name**                              **Email Address**

Andrew B Finberg
                                              ecfmail@standingtrustee.com

Chad M. Sherwood
                                              on behalf of Debtor Christopher H Ruggles chad@sherwoodlegal.com

Chad M. Sherwood
                                              on behalf of Joint Debtor Melanie M Ruggles chad@sherwoodlegal.com

Denise E. Carlon
                                              on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the CSMC Mortgage-Backed
                                              Pass-Through Certificates, Series 2007-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
                                              on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

District/off: 0312-1                                    User: admin                                         Page 2 of 2
Date Rcvd: Dec 12, 2023                            Form ID: pdf903                                  Total Noticed: 1

James Alan Kozachek
                    on behalf of Creditor Fabio Barbieri JKozachek@CKLawllc.com

Raymond J. Went, Jr.
                    on behalf of Creditor Katherine Reardon rwent@ndglegal.com  jhartman@npdlaw.com

Raymond J. Went, Jr.
                    on behalf of Creditor Daniel Reardon rwent@ndglegal.com  jhartman@npdlaw.com

Robert A. Loefflad
                    on behalf of Creditor Robert Z.R. Luurtsema rloefflad@king-barnes.com  ghuie@ffhlaw.com

Robert A. Loefflad
                    on behalf of Creditor Erin C. Luurtsema rloefflad@king-barnes.com  ghuie@ffhlaw.com

Scott H. Bernstein
                    on behalf of Creditor American Builders & Contractors Supply Co.  Inc. d/b/a ABC Supply Co., Inc. scott@scottbernsteinlaw.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 12