Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−15741−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Christopher H Ruggles<br>aka Christopher Ruggles, aka Chris Ruggles, aka Christopher Ruggles Sr., fdba Crestview Custom Builders<br>309 Crestview Avenue<br>Galloway, NJ 08205 | Melanie M Ruggles<br>aka Melanie Ruggles, dba The Cracked Egg Cafe<br>309 Crestview Avenue<br>Galloway, NJ 08205 |

Social Security No.:
  xxx−xx−5537                                    xxx−xx−7625

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: February 26, 2024              Jerrold N. Poslusny Jr.
                                                       Judge, United States Bankruptcy Court